

MIOTA LAW LLC

Jacob E. Miota
1400 East Olive Street
Shorewood, WI 53211
(p) 414-973-9305
(f) 414-386-4675
jmiota@miotalaw.com

Conference Adjourned

From: March 23, 2020 at 2:15 PM

To: April 13, 2020 at 2:45 PM

SO ORDERED:

P. KEVIN CASTEL, U.S.D.J.

Date: 3-4-20

March 3, 2020

Via ECF

Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
United States Courthouse
New York, NY 10007

    Re:    Coastal Investment Partners, Inc. v. DSG Global, Inc.
             Case No. 1:17-cv-04427-PKC

Dear Judge Castel:

I am counsel to plaintiff Coastal Investment Partners, Inc. in this matter and write to request an adjournment of the scheduling conference set for March 23, 2010 at 2:15. Coastal Investment Partners retained me and I appeared in the case last week. I am replacing Mr. Eisenberg, and we are finalizing a stipulated substitution for the Court's consideration. I am currently scheduled to be on spring break with my family in Cartagena, Columbia from March 19-April 1 and as such will not be able to participate on the 23rd. I therefore respectfully request that the scheduling conference be adjourned until sometime after I return to the United States. I have corresponded with Mr. Basile, defendant's counsel, and he consents to this request.

Respectfully submitted,

Miota Law LLC

s/Jacob Miota

C:    Mark R. Basile, Esq. (via ECF)