# BASILE
### L A W   F I R M

Mark R. Basile, Esq.
Michelle P. Ferlito, Esq.
---------------------------
Marjorie M. Santelli, Esq. – Appellate Counsel
Brenda L. Hamilton, Esq. – Securities Counsel
Hana M. Boruchov, Esq. – Tax Counsel
Zara Watson, Esq. – Trademark Counsel
Matthew G. Miller, Esq. – Patent Counsel
---------------------------
Rene L. Basile, Esq. (1933-2016)

400 Jericho Turnpike - Ste 104 | Jericho, New York 11753
TELEPHONE: (516) 455-1500 | FACSIMILE: (631) 498-0478

Conference Adjourned

From: _April 14_

To: _June 19 at 11:30a_

SO ORDERED:

P. KEVIN CASTEL, U.S.D.J.

Date: _3-25-20_

March 25, 2020

*Via ECF*
Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York, United States Courthouse
New York, NY 10007

Re:     Coastal Investment Partners, Inc. v. DSG Global Inc.
        Case No. 1:17-cv-04427-PKC

Dear Judge Castel:

I am counsel to Defendant DSG Global, Inc. in this matter and write to request an adjournment of the Scheduling Conference set for April 14, 2010 at 2:45. This Court has previously granted Plaintiff's counsel's request adjourn this conference from March 23, 2020 to April 14, 2020.

This request is due to my personal health issues. I have corresponded with Mr. Miota, defendant's counsel, and he consents to this request

For these reasons I respectfully request that this court adjourn the Scheduling Conference for approximately 60 days, to June 16, 2020, or to some other day that the court deems appropriate.

                    Respectfully submitted,


                    s/_Mark R. Basile_
                    Mark R. Basile Esq.


*CC via ECF to:*

Jacob Edgar Miota
Miota Law LLC
1400 E. Olive Street
Shorewood, WI 53211
414-973-9305
Email: jmiota@miotalaw.com