UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
COASTAL INVESTMENT PARTNERS, LLC,

                Plaintiff,                17-cv-4427 (PKC)

    -against-                   ORDER

DSG GLOBAL, INC.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Mark Basile has moved to withdraw as counsel to defendant DSG Global, Inc. because DSG Global, Inc. has failed to pay Mr. Basile for the legal services that he has rendered in this action. Neither DSG Global, Inc. nor the plaintiff have filed any opposition to the motion. For good cause shown, the application to withdraw is granted.

       **DEFENDANT DSG GLOBAL, INC. IS ADVISED THAT, BECAUSE IT IS NOT A NATURAL PERSON, IT IS NOT PERMITTED TO APPEAR IN THIS COURT, EXCEPT THROUGH AN ATTORNEY WHO IS ADMITTED TO PRACTICE IN THIS COURT.**

       **IF, WITHIN 21 DAYS OF THE DATE OF THIS ORDER, DEFENDANT DSG GLOBAL, INC. FAILS TO CAUSE A NOTICE OF APPEARANCE TO BE FILED WITH THIS COURT BY AN ATTORNEY ADMITTED TO PRACTICE BEFORE THIS COURT, THE COURT WILL ENTERTAIN A MOTION TO STRIKE ITS ANSWER, HOLD IT IN DEFAULT, AND ENTER JUDGMENT AGAINST IT FOR FAILURE TO COMPLY WITH THIS ORDER.**

Mr. Basile shall serve this Order on DSG Global, Inc. at their last known address and file an affidavit of service within five (5) days.  The motion for leave to withdraw, (Doc. 55), is GRANTED.

SO ORDERED.

                                                                              _____
                                                                                          P. Kevin Castel
                                                                              United States District Judge

Dated:  New York, New York
            July 14, 2020