UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Coastal Investment Partners, LLC          :
                                          :
                                          :
                                          :
            Plaintiff,                    :
                                          :  17 cv 4427 (PKC)
- against -                               :
                                          :  FINAL
DSG Global, Inc.                          :  ~~DEFAULT~~ JUDGMENT BY DEFAULT
                                          :
            Defendant.                    :
                                          :
-----------------------------------------------------------x

This action having been commenced on June 13, 2017 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on June 26, 2017 by personal service upon Kalee Young, an agent authorized to receive service of process for DSG, and Defendant having appeared without objection to this Court's jurisdiction, and Defendant having been Ordered to obtain counsel to represent it in these proceedings by August 4, 2020 or face a motion to strike its answer and have a default judgment entered against it, and having failed to obtain new counsel by such date, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $1,080,481.73.

Dated: New York, New York
       August 19, 2020

_____
U.S.D.J.

This document was entered on the docket on _____.